SCWC-10-0000225

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee,

vs.

BRYAN K.A. MULLER, Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000225; CR. NO. 09-1-0879)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee State of Hawaii's

application for writ of certiorari filed on March 28, 2014, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 29, 2014.

James M. Anderson
for petitioner

Marcus B. Sierra
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

